TODD M. LEVENTHAL, ESQ
LEVENTHAL AND ASSOCIATES PLLC.
Nevada Bar No. 008543
California Bar No.223577
626 South Third Street
Las Vegas, Nevada 89101
(702) 472-8686
leventhalandassociates@gmail.com
*Attorney for Leonardo Augusto Oliveira Santos*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> LEONARDO A. OLIVEIRA-SANTOS, ) <br> ) <br> ) <br> Defendant. ) <br> _____ ) | 2:17-cr-00001-JAD-CWH <br><br> **STIPULATION TO CONTINUE SENTENCING AND DISPOSITION** FOR Mr. Oliveira Santos |

IT IS HEREBY STIPULATED AND AGREED by and between Defendant, LEONARDO AUGUSTO OLIVEIRA SANTOS, by and through his counsel, TODD M. LEVENTHAL, ESQ., and the United States of America, by its counsel, JOHN PATRICK BURNS, Assistant U.S. Attorney, that the Sentencing in the above-captioned matter currently set for Monday September 18, 2017 at 11:00a.m. be vacated and continued to at least 30 days at a time convenient for the court preferably on a Friday .

This Stipulation is entered into for the following reasons;

1. Other issues remain and are pending that are vital to the sentencing of Mr. Oliveira-Santos.
2. Mr. Oliveira-Santos is in custody and agrees with the requested continuance.
3. Mr Leventhal has spoken to JOHN P. BURNS, Assistant United States Attorney, and he has no objection to this continuance.

4. Mr. Leventhal will commence U.S. vs. Bundy, et al., on October 10, 2017, and will not be available from Monday through Thursday during Trial. Therefore, it is respectfully requested that the current sentencing be set for a Friday within the next 30 days if the court is available.

5. Additionally, denial of this request for a continuance could result in a miscarriage of justice.

DATED this 15th day of September, 2017.

/s/ Todd M. Leventhal  
TODD M. LEVENTHAL, ESQ.  
Counsel for Leonardo A. Oliveira-Santos

/s/ John Patrick Burns  
JOHN P. BURNS  
Assistant U.S. Attorney

Submitted By: LEVENTHAL & ASSOCIATES, PLLC

By: /s/ Todd M. Leventhal  
TODD M. LEVENTHAL, ESQ.  
Leventhal & Associates, PLLC  
Nevada Bar No. 008543  
California Bar No. 223577  
626 S. 3rd Street  
Las Vegas, Nevada 89101  
T: 702-472-8686  
leventhalandassociates@gmail.com  
Attorney for: Leonardo A. Oliveira-Santos

TODD M. LEVENTHAL, ESQ
LEVENTHAL AND ASSOCIATES PLLC.
Nevada Bar No. 008543
California Bar No.223577
626 South Third Street
Las Vegas, Nevada 89101
(702) 427-8686
leventhalandassociates@gmail.com
***Attorney for Leonardo A. Oliveira-Santos***

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:17-cr-00001-JAD-CWH |
| Plaintiff, | |
| vs. | |
| LEONARDO A. OLIVEIRA-SANTOS | |
| Defendant. | |

## FINDINGS OF FACT

Based on the stipulation of counsel, and good cause appearing, the Court finds that:

1. Other issues remain and are pending that are vital to the sentencing of Mr. Oliveira-Santos.

2. Mr. Oliveira-Santos is in custody and agrees with the requested continuance.

3. Mr Leventhal has spoken to JOHN P. BURNS, Assistant United States Attorney, and he has no objection to this continuance.

4. Mr. Leventhal will commence U.S. vs. Bundy, et al., on October 10, 2017, and will not be available from Monday through Thursday during Trial. Therefore, it is respectfully requested that the current sentencing be set for a Friday within the next 30 days if the court is available.

////

5. Additionally, denial of this request for a continuance could result in a miscarriage of justice.

**CONCLUSIONS OF LAW**

1. For all the above-stated reasons, the ends of justice would be best served by granting a continuance of the current Sentencing and Disposition Hearing and reset it for a time after October 16, 2017 at a time convenient for the court. Preferably on a **Friday** morning.

**ORDER**

Accordingly, IT IS SO ORDERED that the current Sentencing and Disposition is vacated and the same is continued and reset for October 27, 2017, at the hour of 9:00 a.m.

DATED this 17th day of September, 2017.

_____
JENNIFER A. DORSEY
UNITED STATES DISTRICT JUDGE

**CERTIFICATE OF SERVICE**

I hereby certify that on the 15th day of September, 2017 a true and correct copy of the, **STIPULATION AND ORDER TO CONTINUE TIME FOR SENTENCING AND DISPOSITION** was filed through the CM/ECF filing system and was electronically served to the following registered addresses on file for this instant case :

John Patrick Burns:   John.P.Burns@usdoj.gov, USANV.team2@usdoj.gov,

veronica.criste@usdoj.gov

     /s/ Todd M. Leventhal
An Employee of TODD M. LEVENTHAL, ESQ.
LEVENTHAL AND ASSOCIATES, PLLC.