TODD M. LEVENTHAL, ESQ
LEVENTHAL AND ASSOCIATES PLLC.
Nevada Bar No. 008543
California Bar No.223577
626 South Third Street
Las Vegas, Nevada 89101
(702) 472-8686
leventhalandassociates@gmail.com
***Attorney for Leonardo A. Oliveira Santos***

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:17-cr-00001-JAD-CWH |
| Plaintiff, | |
| vs. | **STIPULATION TO CONTINUE SENTENCING AND DISPOSITION** |
| LEONARDO A. OLIVEIRA SANTOS, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED by and between Defendant, LEONARDO A. OLIVEIRA SANTOS, by and through his counsel, TODD M. LEVENTHAL, ESQ., and the United States of America, by its counsel, JOHN P. BURNS, Assistant U.S. Attorney, that the Sentencing and Disposition in the above-captioned matter currently set for Monday February 5, 2018 for at least 120 days.

This Stipulation is entered into for the following reasons

1. Mr. Leventhal will be appearing in State court for another matter on Monday February 5, 2018 at the same time and will not be available.

2. There are pending issues that remain which are vital to the Sentencing and Disposition of Mr. Oliveira-Santos.

3. Mr. Oliveira-Santos is currently in custody and agrees with this request.

4. Mr. Leventhal has spoken to JOHN P. BURNS, Assistant United States Attorney, and he has no objection to continue the hearing.

5.  Additionally, denial of this request for a continuance could result in a miscarriage of justice.

DATED this 1st day of February, 2018.

| /s/ Todd M. Leventhal | /s/ John P. Burns |
|---|---|
| TODD M. LEVENTHAL, ESQ. | JOHN PATRICK BURNS |
| Counsel for Mr. Oliveira-Santos | Assistant U.S. Attorney |

Submitted By: LEVENTHAL & ASSOCIATES, PLLC

By: /s/ Todd M. Leventhal

TODD M. LEVENTHAL, ESQ.
Leventhal & Associates, PLLC
Nevada Bar No. 008543
California Bar No. 223577
626 S. 3rd Street
Las Vegas, Nevada 89101
T: 702-472-8686
leventhalandassociates@gmail.com
Attorney for: Mr. Oliveira-Santos

TODO M. LEVENTHAL, ESQ
LEVENTHAL AND ASSOCIATES PLLC.
Nevada Bar No. 008543
California Bar No.223577
626 South Third Street
Las Vegas, Nevada 89101
(702) 472-8686
leventhalandassociates@gmail.com
***Attorney for Leonardo A. Oliveira-Santos***

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) 2:17-CR-00001-JAD-CWH |
| vs. | ) |
| LEONARDO A. OLIVEIRA SANTOS, | ) |
| Defendant. | ) |

# FINDINGS OF FACT

Based on the stipulation of counsel, and good cause appearing, the Court finds that:

1. Mr. Leventhal will be appearing in State court for another matter on Monday February 5, 2018 at the same time and will not be available.

2. There are pending issues that remain which are vital to the Sentencing and Disposition of Mr. Oliveira-Santos.

3. Mr. Oliveira-Santos is currently in custody and agrees with this request.

4. Mr. Leventhal has spoken to JOHN P. BURNS, Assistant United States Attorney, and he has no objection to continue the hearing.

////

////

5. Additionally, denial of this request for a continuance could result in a miscarriage of justice.

## CONCLUSIONS OF LAW

1. For all the above-stated reasons, the ends of justice would best be served by granting the requested continuance of the current Sentencing date for at least 120 days at a time convenient for the court.

## ORDER

Accordingly, IT IS SO ORDERED that the current Sentencing of Mr. Oliveira-Santos is vacated and the same is continued and reset for June 11, 2018, at the hour of 9:00 a.m., in Courtroom 6D.

DATED: 2/1/2018

_____
JENNIFER A. DORSEY
UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

I hereby certify that on the 1st day of February, 2018 a true and correct copy of the, **STIPULATION AND ORDER TO CONTINUE SENTENCING AND DISPOSITION** was filed through the CM/ECF filing system and was electronically served to the following registered addresses on file for this instant case :

John Patrick Burns : John.P.Burns@usdoj.gov, USANV.team2@usdoj.gov, veronica.criste@usdoj.gov

/s/ Todd M. Leventhal
An Employee of TODD M. LEVENTHAL, ESQ.
LEVENTHAL AND ASSOCIATES, PLLC.