TODD M. LEVENTHAL, ESQ
Leventhal and Associates, PLLC
Nevada Bar No. 8543
California Bar No. 223577
626 South Third Street
Las Vegas, Nevada 89101
PHONE: (702) 472-8686
leventhalandassociates@gmail.com
**Attorney for** *Leonardo A. Oliveira Santos*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, | Case no.: 2:17-CR-00001-JAD-CWH |
| Plaintiff, | |
| vs. | **STIPULATION TO CONTINUE** |
| LEONARDO A. OLIVEIRA SANTOS, | **SENTENCING AND DISPOSITION** |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED by and between Defendant, LEONARDO A. OLIVEIRA SANTOS, by and through his counsel, TODD M. LEVENTHAL, ESQ., and the United States of America, by its counsel, JOHN P. BURNS, Assistant U.S. Attorney, that the Sentencing and disposition in the above-captioned matter currently set for Monday, June 11, 2018 be re-set for 60 days out at the courts convenience.

This Stipulation is entered into for the following reasons

1. There are pending issues that remain which are vital to the Sentencing and Disposition of Mr. Oliveira-Santos.

2. Mr. Leventhal has spoken to JOHN P. BURNS, Assistant United States Attorney, and he has no objection to continue the hearing.

3. Mr. Oliveira- Santos is currently in custody and agrees with this request.

4. Additionally, denial of this request for a continuance could result in a miscarriage of justice.

DATED this 30th day of May, 2018

| | |
|---|---|
| /s/ Todd M. Leventhal | /s/ John P. Burns |
| TODD M. LEVENTHAL, ESQ. | JOHN PATRICK BURNS |
| Counsel for Leonardo A. Oliveira Santos | Assistant U.S. Attorney |

Submitted By: LEVENTHAL AND ASSOCIATES, PLLC.

    By:     /s/ Todd M. Leventhal
                TODD M. LEVENTHAL, ESQ.
                Leventhal & Associates, PLLC.
                Nevada Bar No. 008543
                California Bar No. 223577
                626 S. 3rd Street
                Las Vegas NV 89101
                T: (702) 472-8686
                leventhalandassociates@gmail.com
                Attorney for Defendant

TODD M. LEVENTHAL, ESQ
Leventhal and Associates, PLLC
Nevada Bar No. 8543
California Bar No. 223577
626 South Third Street
Las Vegas, Nevada 89101
PHONE: (702) 472-8686
leventhalandassociates@gmail.com
**Attorney for Leonardo A. Oliveira Santos**

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>LEONARDO A. OLIVEIRA SANTOS,<br><br>Defendant. | Case no.: 2:17-CR-00001-JAD-CWH<br><br>**STIPULATION TO CONTINUE**<br><br>**SENTENCING AND DISPOSITION** |

### FINDINGS OF FACT

Based on the Stipulation of counsel, and good cause appearing, the Court finds that:

1. There are pending issues that remain which are vital to the Sentencing and Disposition of Mr. Oliveira-Santos.

2. Mr. Leventhal has spoken to JOHN P. BURNS, Assistant United States Attorney, and he has no objection to continue the hearing.

3. Mr. Oliveira- Santos is currently in custody and agrees with this request.

4. Additionally, denial of this request for a continuance could result in a miscarriage of justice.

## CONCLUSIONS OF LAW

1. For all the above-stated reasons, the ends of justice would best be served by granting the requested continuance of the current Sentencing date for at least 120 days at a time convenient for the court.

## ORDER

Accordingly, IT IS SO ORDERED that the current **Sentencing Hearing** is vacated and the same is continued and reset for August 13, 2018, at the hour of 11:00 a.m.

DATED this 31st day of May, 2018.

_____
JENNIFER A. DORSEY
UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

I hereby certify that on the 30TH day of MAY, 2018 a true and correct copy of the, **STIPULATION AND ORDER TO CONTINUE SENTENCING AND DISPOSITION** was filed through the CM/ECF filing system and was electronically served to the following registered addresses on file for this instant case :

John Patrick Burns : John.P.Burns@usdoj.gov, USANV.team2@usdoj.gov, veronica.criste@usdoj.gov

__/s/ Todd M. Leventhal_____
An Employee of TODD M. LEVENTHAL,ESQ.
LEVENTHAL & ASSOCIATES, PLLC.