TODD M. LEVENTHAL
Leventhal and Associates, PLLC
Nevada Bar No. 8543
California Bar No. 223577
626 South Third Street
Las Vegas, Nevada
(702)472-8686
LeventhalandAssociates@gmail.com
*Attorney for Leonardo Santos*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>Vs.<br><br>LEONARDO AUGUSTO OLIVEIRA SANTOS<br>Defendant. | Case No.: 0978 2:17CR00001-019<br><br>**STIPULATION TO CONTINUE SENTENCING** |

IT IS HEREBY STIPULATED AND AGREED by and between Defendant, LEONARDO SANTOS, by and through his counsel, TODD M. LEVENTHAL, ESQ., and the United States of America, by its counsel, PATRICK JOHN BURNS, ESQ., Assistant U.S. Attorney, that the Sentencing in the above-captioned matter currently set for August 13th, 2018 at 11 a.m. be continued to at least 90 days.

This stipulation is entered for the following reasons:

1. Mr. Leventhal and Mr. Burns have spoken and there are outstanding sentencing issues.
2. Mr. Santos is in custody and agrees with this continuance.
3. Mr. Leventhal has spoken to Patrick John Burns, Esq., Assistant United States Attorney, and he has no objection to this continuance.

1

4. Additionally, denial of this request for continuance could result in a miscarriage of justice.

5. In addition, the continuance sought is not for of delay and the ends of justice are in fact served by the granting of such a continuance which outweigh the best interest of the public and the defendant in sentencing.

DATED: August 7, 2018.

/s/Patrick J. Burns  
PATRICK JOHN BURNS, ESQ.  
Assistant United States Attorney  
Counsel for the United States

/s/ Todd M. Leventhal  
TODD M. LEVENTHAL, ESQ  
Counsel for Defendant Leonardo Santos

ORD
TODD M. LEVENTHAL, ESQ.
Leventhal and Associates, PLLC
Nevada Bar No. 8543
California Bar No.223577
626 South Third Street
Las Vegas, Nevada 89101
(702)472-8686
LeventhalandAssociates@gmail.com
*Attorney for Leonardo Santos*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

UNITED STATES OF AMERICA

Plaintiff,

Vs.

LEONARDO AUGUSTO OLIVEIRA SANTOS

Defendant.

Case No.: 0978 2:17CR00001-019

**STIPULATION TO CONTINUE SENTENCING**

## FINDING OF FACT

Based on the stipulation of Counsel, and good cause appearing, the Court finds that:

1. Mr. Leventhal and Mr. Burns have spoken and there are outstanding sentencing issues.

2. Mr. Santos is in custody and agrees with this continuance.

3. Mr. Leventhal has spoken to Patrick John Burns, Esq., Assistant United States Attorney, and he has no objection to this continuance.

4. Additionally, denial of this request for continuance could result in a miscarriage of justice.

5. In addition, the continuance sought is not for of delay and the ends of justice are in fact served by the granting of such a continuance which outweigh the best interest of the public and the defendant in sentencing.

IT IS HEREBY ORDERED, that the Sentencing hearing, currently scheduled for August 13, 2018, at the hour of 11:00 a.m., be vacated and continued to November 19, 2018, at the hour of 9:00 a.m.

DATED this 8th day of August, 2018.

_____
UNITED STATES DISTRICT JUDGE