TODD M. LEVENTHAL, ESQ
LEVENTHAL AND ASSOCIATES PLLC.
Nevada Bar No. 008543
California Bar No.223577
626 South Third Street
Las Vegas, Nevada 89101
(702) 427-8686
leventhalandassociates@gmail.com
*Attorney for Leonardo A. Oliveira Santos*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> LEONARDO A. OLIVEIRA SANTOS, ) <br> ) <br> Defendant. ) | 2:17-CR-00001-JAD-CWH <br><br> **STIPULATION TO CONTINUE SENTENCING HEARING** |

IT IS HEREBY STIPULATED AND AGREED by and between Defendant, LEONARDO A. OLIVEIRA SANTOS, by and through his counsel, TODD M. LEVENTHAL, ESQ., and the United States of America, by its counsel, PATRICK BURNS, Assistant U.S. Attorney, that the Sentencing Hearing in the above-captioned matter currently set for Monday, November 19, 2018 be re-set for at the courts convenience.

This Stipulation is entered into for the following reasons;

1. Mr. Leventhal has a conflict on his calendar and is unable to attend the sentencing hearing on behalf of Defendant LEONARDO A. OLIVEIRA SANTOS.

2. Mr. Leventhal has spoken to PATRICK BURNS, Assistant United States Attorney, and he has no objection to this continuance.

/ / /

/ / /

/ / /

3. Additionally, denial of this request for a continuance could result in a miscarriage of justice.

DATED this 15th day of November, 2018.

　/s/ Todd M. Leventhal　　　　　　　　　　　　　　/s/ Patrick Burns　　　　
TODD M. LEVENTHAL, ESQ.　　　　　　　　　　PATRICK BURNS
Counsel for Sherman D. Reif　　　　　　　　　　　Assistant U.S. Attorney


Submitted By: LEVENTHAL & ASSOCIATES, PLLC


By:　　/s/ Todd M. Leventhal　　　
TODD M. LEVENTHAL, ESQ.
Leventhal & Associates, PLLC
Nevada Bar No. 008543
California Bar No. 223577
626 S. 3rd Street
Las Vegas, Nevada 89101
T: 702-472-8686
leventhalandassociates@gmail.com
Attorney for: Mr. Oliveira

TODD M. LEVENTHAL, ESQ
LEVENTHAL AND ASSOCIATES PLLC.
Nevada Bar No. 008543
California Bar No.223577
626 South Third Street
Las Vegas, Nevada 89101
(702) 427-8686
leventhalandassociates@gmail.com
*Attorney for Leonardo A. Oliveira Santos*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) 2:15-CR-00148-RFB |
| vs. | ) |
| SHERMAN D. REIF, | ) |
| Defendant. | ) |

**FINDINGS OF FACT**

Based on the stipulation of counsel, and good cause appearing, the Court finds that:

1. Mr. Leventhal has a conflict on his calendar and is unable to attend the sentencing hearing on behalf of Defendant LEONARDO A. OLIVEIRA SANTOS.

2. Mr. Leventhal has spoken to PATRICK BURNS, Assistant United States Attorney, and he has no objection to this continuance.

3. Additionally, denial of this request for a continuance could result in a miscarriage of justice.

/ / /

/ / /

/ / /

/ / /

**ORDER**

Accordingly, IT IS SO ORDERED that the current **Sentencing Hearing** is vacated and the same is continued and reset for January 3, 2019, at the hour of 9:00 a.m.

Dated this 16th day of November, 2018.

_____
JENNIFER A. DORSEY
UNITED STATES DISTRICT JUDGE

**CERTIFICATE OF SERVICE**

I hereby certify that on the 15th day of November, 2018 a true and correct copy of the, **STIPULATION AND ORDER TO CONTINUE SENTENCING HEARING** was filed through the CM/ECF filing system and was electronically served to the following registered addresses on file for this instant case :

**Patrick Burns:** John.P.Burns@usdoj.gov;

**Daniel D. Hollingsworth:** Daniel.Hollingsworth@usdoj.gov;

/s/ Todd M. Leventhal
An Employee of TODD M. LEVENTHAL, ESQ.
LEVENTHAL AND ASSOCIATES, PLLC.