TODD M. LEVENTHAL, ESQ
LEVENTHAL AND ASSOCIATES PLLC.
Nevada Bar No. 008543
California Bar No.223577
626 South Third Street
Las Vegas, Nevada 89101
(702) 427-8686
leventhalandassociates@gmail.com
***Attorney for Leonardo A. Oliveira Santos***

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> LEONARDO A. OLIVEIRA SANTOS, ) <br> ) <br> Defendant. ) <br> _____ ) | 2:17-CR-00001-JAD-CWH <br><br> **STIPULATION TO CONTINUE SENTENCING HEARING** |

IT IS HEREBY STIPULATED AND AGREED by and between Defendant, LEONARDO A. OLIVEIRA SANTOS, by and through his counsel, TODD M. LEVENTHAL, ESQ., and the United States of America, by its counsel, PATRICK BURNS, Assistant U.S. Attorney, that the Sentencing Hearing in the above-captioned matter currently set for Thursday, January 3, 2019 be re-set for at the courts convenience.

This Stipulation is entered into for the following reasons;

1. Mr. Leventhal will be out of the country and is unable to attend the sentencing hearing on behalf of Defendant LEONARDO A. OLIVEIRA SANTOS.

2. Mr. Leventhal has spoken to PATRICK BURNS, Assistant United States Attorney, and he has no objection to this continuance.

/ / /

/ / /

/ / /

3. Additionally, denial of this request for a continuance could result in a miscarriage of justice.

DATED this 27th day of December, 2018.

  /s/ Todd M. Leventhal                            /s/ Patrick Burns  
TODD M. LEVENTHAL, ESQ.                PATRICK BURNS  
Counsel for Sherman D. Reif                 Assistant U.S. Attorney

Submitted By: LEVENTHAL & ASSOCIATES, PLLC

                                          By:     /s/ Todd M. Leventhal  
                                                  TODD M. LEVENTHAL, ESQ.  
                                                  Leventhal & Associates, PLLC  
                                                  Nevada Bar No. 008543  
                                                  California Bar No. 223577  
                                                  626 S. 3rd Street  
                                                  Las Vegas, Nevada 89101  
                                                  T: 702-472-8686  
                                                  leventhalandassociates@gmail.com  
                                                  Attorney for: Mr. Oliveira

TODD M. LEVENTHAL, ESQ
LEVENTHAL AND ASSOCIATES PLLC.
Nevada Bar No. 008543
California Bar No.223577
626 South Third Street
Las Vegas, Nevada 89101
(702) 427-8686
leventhalandassociates@gmail.com
***Attorney for Leonardo A. Oliveira Santos***

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

UNITED STATES OF AMERICA,  )
                                     )     2:17-CR-00001-JAD-CWH
Plaintiff,                   )
                                     )
    vs.                              )
                                     )
LEONARDO A. OLIVEIRA SANTOS,  )
                                   )
              Defendant.      )
_____)

**FINDINGS OF FACT**

Based on the stipulation of counsel, and good cause appearing, the Court finds that:

1.    Mr. Leventhal will be out of the country and is unable to attend the sentencing hearing on behalf of Defendant LEONARDO A. OLIVEIRA SANTOS.

2.    Mr. Leventhal has spoken to PATRICK BURNS, Assistant United States Attorney, and he has no objection to this continuance.

3.    Additionally, denial of this request for a continuance could result in a miscarriage of justice.

/ / /

/ / /

/ / /

/ / /

**ORDER**

Accordingly, IT IS SO ORDERED that the current **Sentencing Hearing** is vacated and the same is continued and reset for January 14, 2019, at 9:30 a.m.

DATED this 28th day of December, 2018.

                                                       JENNIFER A. DORSEY
                                                     UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

I hereby certify that on the 19th day of December, 2018 a true and correct copy of the, **STIPULATION AND ORDER TO CONTINUE SENTENCING HEARING** was filed through the CM/ECF filing system and was electronically served to the following registered addresses on file for this instant case :

**Patrick Burns:** John.P.Burns@usdoj.gov;

**Daniel D. Hollingsworth:** Daniel.Hollingsworth@usdoj.gov;

                                     /s/ Todd M. Leventhal
                                     An Employee of TODD M. LEVENTHAL, ESQ.
                                     LEVENTHAL AND ASSOCIATES, PLLC.