___ FILED ___ RECEIVED
___ ENTERED ___ SERVED ON
COUNSEL/PARTIES OF RECORD

JAN 14 2019

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:_____ DEPUTY

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:17-CR-001-JAD-CWH |
| Plaintiff, | **Final Order of Forfeiture** |
| v. | |
| LEONARDO AUGUSTO OLIVEIRA SANTOS, a/k/a "Leonardo Santos", a/k/a "Black Leo", | |
| Defendant. | |

The United States District Court for the District of Nevada entered a Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); 18 U.S.C. § 1029(c)(1)(C) with (c)(2); 18 U.S.C. § 982(a)(1) and 982(a)(2)(B); 18 U.S.C. § 981(a)(1)(A) and 981(a)(1)(C) with 28 U.S.C. § 2461(c); 18 U.S.C. § 982(a)(6)(A)(ii)(I) with 982(a)(6)(B); 18 U.S.C. § 982(a)(6)(A)(ii)(II) with 982(a)(6)(B); and 21 U.S.C. § 853(p) based upon the plea of guilty by defendant Leonardo Augusto Oliveira Santos, a/k/a "Leonardo Santos," a/k/a "Black Leo," to the criminal offenses, forfeiting the property and imposing an in personam criminal forfeiture money judgment set forth in the Plea Agreement and the Forfeiture Allegations of the Criminal Indictment and shown by the United States to have the requisite nexus to the offenses to which defendant Leonardo Augusto Oliveira Santos, a/k/a "Leonardo Santos," a/k/a "Black Leo," pled guilty. Criminal Indictment, ECF No. 1; Change of Plea, ECF No. 201; Plea Agreement, ECF No. 202; Preliminary Order of Forfeiture, ECF No. 203.

///
///

This Court finds that the United States of America may amend this order at any time to add subsequently located property or substitute property to the forfeiture order pursuant to Fed. R. Crim. P. 32.2(b)(2)(C) and 32.2(e).

To comply with *Honeycutt v. United States*, ___U.S.___, 137 S. Ct. 1626 (2017), the government reduced the in personam criminal forfeiture money judgment amount to $223,400.

This Court finds the United States of America published the notice of forfeiture in accordance with the law via the official government internet forfeiture site, www.forfeiture.gov, consecutively from July 1, 2018, through July 30, 2018, notifying all potential third parties of their right to petition the Court. Notice of Filing Proof of Publication, ECF No. 367.

This Court finds no petition was filed herein by or on behalf of any person or entity and the time for filing such petitions and claims has expired.

This Court finds no petitions are pending with regard to the property named herein and the time for presenting such petitions has expired.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all possessory rights, ownership rights, and all rights, titles, and interests in the property hereinafter described are condemned, forfeited, and vested in the United States of America:

1. a computer with credit card fabricating software installed;
2. a card scanner/encoder;
3. a Fargo thermal dye printer;
4. an embossing machine;
5. a foil tipping machine;
6. blank card stock;
7. an embossing machine;
8. components and printer rollers for Fargo thermal dye printers;
9. a card slot reading device;

/ / /

2

10. a purported American Express credit card ending in 35013 and in the name "Andre Rodrigues" and any and all funds contained therein;
11. a purported Caixa Economica Federal Visa credit card ending in 0397 and in the name of "Bruno Santos" and any and all funds contained therein;
12. a purported American Express card ending 11005 and in the name of "Bruno Santos" and any and all funds contained therein;
13. a credit and debit card skimming device designed to overlay terminal card readers and capture account information;
14. a purported MasterCard ending in 7505 and in the name of "Hugo B. Garces" and any and all funds contained therein;
15. a Fargo thermal dye printer and spare parts;
16. an MSR 605 credit card encoder/scanner;
17. an MSR 6X credit card encoder/scanner;
18. a credit card skimming device;
19. an embossing machine;
20. foil tipping machine;
21. a laptop computer with software capable of producing credit and debit cards;
22. a legal permanent resident card in the name of "Marcelo Araujo," containing A # XXX-XXX-521;
23. a social security card in the name of "Marcelo Araujo," containing SSN XXX-XX-2653;
24. a computer with credit card fabricating software installed;
25. a card scanner/encoder;
26. thermal dye printer;
27. an embossing machine;
28. a foil tipping machine;
29. blank card stock;

3

  30. a purported Santander Bank credit card ending in 0521 and any and all funds contained therein;

  31. a purported Green Dot Visa debit card ending in 7809 and any and all funds contained therein;

  32. a computer with credit card fabricating software installed;

  33. a card scanner/encoder;

  34. a thermal dye printer;

  35. an embossing machine;

  36. a foil tipping machine;

  37. tipping foil;

  38. credit card logo holograms; and

  39. blank card stock

(all of which constitutes property); and

  that the United States recover from Leonardo Augusto Oliveira Santos, a/k/a "Leonardo Santos," a/k/a "Black Leo," the in personam criminal forfeiture money judgment of $223,400, not to be held jointly and severally liable with his codefendants, the collected money judgment amount between the codefendants is not to exceed $5,000,000, and that the property will not be applied toward the payment of the money judgment; and

  the forfeiture of the money judgment and the property is imposed pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Fed. R. Crim. P. 32.2(c)(2); 18 U.S.C. § 1029(c)(1)(C) and 1029(c)(2); 18 U.S.C. § 982(a)(1); 18 U.S.C. § 982(a)(2)(B); 18 U.S.C. § 981(a)(1)(A) with 28 U.S.C. § 2461(c); 18 U.S.C. § 981(a)(1)(C) with 28 U.S.C. § 2461(c); 21 U.S.C. § 853(p); and 21 U.S.C. § 853(n)(7); that the money judgment shall be collected; and that the property and the collected amount shall be disposed of according to law.

  IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any and all forfeited funds, including but not limited to, currency, currency equivalents, certificates of deposit, as well as any income derived as a result of the United States of America's

///

management of any property forfeited herein, and the proceeds from the sale of any forfeited property shall be disposed of according to law.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Clerk send copies of this Order to all counsel of record and three certified copies to the United States Attorney's Office, Attention Asset Forfeiture Unit.

DATED this 14th day of January, 2019.

_____
UNITED STATES DISTRICT JUDGE